# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-30165 |
| Michael W. Godfrey | Chapter 13 |
| Debtor(s). | Judge Joel D. Applebaum |

## STIPULATION RESOLVING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 3843 BROPHY, HOWELL, MICHIGAN (Doc. 76)

Now comes U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust ("Creditor"), Michael W. Godfrey ("Debtor"), by and through counsel and hereby stipulate and agree as follows:

1. The property is located at 3843 Brophy, Howell, MI 48855 (Property).

2. The parties agree that Creditor's mortgage loan shall be paid in full at the time of closing, per Creditor's payoff statement as of the date of closing.

3. Debtor or closing agent shall contact Creditor directly to obtain the current mortgage payoff balance at the time of closing.

4. The Trustee will be provided a copy of the executed closing statement and on receipt is directed to stop disbursing to any creditor shown on the closing statement as having been paid at closing.

5. The creditor shall file a satisfaction of claim within 60 days of closing.

6. The sale closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

7. The parties hereby agree to the entry of an Order granting Stipulation resolving

   Debtor's Motion for an Order Authorizing the Sale of Real Property.

Dated: March 19, 2020 /s/ Jon J. Lieberman
Jon J. Lieberman (P79786)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Dated: /s/Brian J. Small
Brian J. Small (P46901)
30150 Telegraph Rd., Suite 444
Bingham Farms, MI 48025
Phone: (248) 645-1700
Email: bankruptcy@thavgross.com

Dated: /s/ Carl Bekofske
Carl Bekofske (P10645)
400 N. Saginaw Street, Suite 331
Flint, MI 48502
Phone: (810) 238-4675
Email: ECF@flint13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-30165 |
| Michael W. Godfrey | Chapter 13 |
| Debtor(s). | Judge Joel D. Applebaum |

**ORDER GRANTING STIPULATION RESOLVING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 3843 BROPHY, HOWELL, MICHIGAN (Doc. 76)**

The Court, having reviewed the Stipulation resolving Debtor's Motion for an Order Authorizing the Sale of Real Property as to U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust ("Creditor") regarding the real Property located at 3843 Brophy, Howell, MI 48855 between Debtor and Creditor, the Court having been otherwise adequately and appropriately advised:

**IT IS HEREBY ORDERED** that the Stipulation resolving Debtor's Motion for an Order Authorizing the Sale of Real Property as to U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust ") regarding the real Property located at 3843 Brophy, Howell, MI 48855 is **GRANTED** pending compliance with the following incorporated terms:

1. The property is located at 3843 Brophy, Howell, MI 48855 (Property).

2. The parties agree that Creditor's mortgage loan shall be paid in full at the time of closing, per Creditor's payoff statement as of the date of closing.

3. Debtor or closing agent shall contact Creditor directly to obtain the current mortgage payoff balance at the time of closing.

4. The Trustee will be provided a copy of the executed closing statement and on receipt is directed to stop disbursing to any creditor shown on the closing statement as having been paid at closing.

5. The creditor shall file a satisfaction of claim within 60 days of closing.

6. The sale closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

7. The parties hereby agree to the entry of an Order granting Stipulation resolving Debtor's Motion for an Order Authorizing the Sale of Real Property.